FILED

MAR 5 2019

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No. 3:19 cr 16 |
| BENJAMIN RILEY CAMPBELL, | Violations: 18 U.S.C. § 2252A(a)(2) |
| Defendant. | 18 U.S.C. § 2252A(b)(1) |
| | 18 U.S.C. §2252A(a)(5)(B) |
| | 18 U.S.C. § 2252A (b)(2) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

(Receipt of Child Pornography)

On or between February 22, 2017 and May 15, 2018, at or near Berkeley County, within the Northern District of West Virginia, and elsewhere, the defendant **BENJAMIN RILEY CAMPBELL**, did knowingly receive child pornography, that involves a visual depiction of sexually explicit conduct, where the production of such visual depiction involves the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, SectionS 2252A(a)(2), (b)(1).

## COUNT TWO

(Possession of Child Pornography)

On or about May 14, 2018, in Berkeley County, in the Northern District of West Virginia, defendant **BENJAMIN RILEY CAMPBELL**, did knowingly possess matter containing an image of child pornography, as defined in Title 18, United States Code Section 2256(8), which had been transported in interstate and foreign commerce by computer, was produced using material that had been transported in interstate and foreign commerce by computer and that involved a pre-pubescent minor and a minor who had not attained 12 years of age; in violation of Title 18, United States Code, Section 2252A(a)(5)(B), (b)(2).

## FORFEITURE ALLEGATION

(Sexual Exploitation of Children)

Pursuant to Title 18, United States Code, Section 2253, the government will seek the forfeiture of property as part of the sentence imposed in this case; that is, the forfeiture of any visual depiction described in Section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter, any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, and any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from a violation of Title18, United States Code, Section 2252A, including, but not limited to, Toshiba Laptop, LG G5 Cellular telephone, Xbox, Xbox One, Wii seized from the defendant.

A True Bill,

/s/
Grand Jury Foreperson

/s/
WILLIAM J. POWELL
United States Attorney

Kimberley D. Crockett
Assistant United States Attorney