# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

FILED
MAR 15 2019
U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No.  3:19CR16-1 |
| Benjamin Campbell | ) |
| *Defendant* | ) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:  W. Craig Broadwater Federal Building and U.S. Courthouse
217 West King Street
Martinsburg, West Virginia 25401
*Place*

on _____
*Date and Time*

(5) The defendant must sign an Appearance Bond, if ordered.

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____  Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____   _____
*Custodian*   *Date*

Page 1 of 3

## ADDITIONAL CONDITIONS OF RELEASE

( X ) (7) The defendant shall:
- ( X ) (a) submit to supervision by and report for supervision to <u>United States Probation,</u> telephone number <u>304-267-0778,</u> no later than <u>AS DIRECTED.</u>
- (  ) (b) continue or actively seek employment.
- (  ) (c) continue or start an education program.
- ( X ) (d) surrender any passport to: _____
- ( X ) (e) not obtain a passport or other international travel document.
- ( X ) (f) abide by the following restrictions on personal association, residence, or travel: <u>travel restricted to Northern District of West Virginia unless approved in advance by Pretrial Services.</u>
- ( X ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: <u>anyone who is named in the indictment/information against you unless that person is your spouse, child, parent or sibling.</u>
- (  ) (h) get medical or psychiatric treatment: _____
- (  ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
- (  ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
- ( X ) (k) not possess a firearm, destructive device, or other weapon.
- ( X ) (l) not abuse alcohol.
- ( X ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
- ( X ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
- ( X ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
- ( X ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.

    - ( X ) (i) **Curfew.** You are restricted to your residence everyday from <u>7 PM</u> to <u>7 AM</u> or as directed by the pretrial services office or supervising officer; or
    - (  ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
    - (  ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.

- ( X ) (q) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.
    ( X ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.
- ( X ) (r) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
- ( X ) (s) not purchase, possess or use any paraphernalia related to any controlled substance.
- ( X ) (t) not purchase, possess or consume any organic or synthetic intoxicants, including bath salts, synthetic cannabinoids or other designer stimulants, and shall not frequent places that sell or distribute synthetic cannabinoids or designer stimulants.
- ( X ) (u) not abuse prescription medication.
- ( X ) (v) shall be prohibited from possessing a potentially vicious/dangerous animal or residing with anyone who possesses a potentially vicious animal. The Probation Officer has sole authority to determine what animals are considered to be potentially vicious/dangerous.
- ( X ) (w) participate in a program of mental health counseling if directed by the pretrial services office or supervising officer.
- (  ) (x) shall have all firearms, destructive devices, and other weapons removed from any property owned, accessed, or inhabited by the defendant. Removal must be conducted by someone other than the defendant, and shall be completed prior to the defendant's return to the property.

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

    Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.
    While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.
    It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

    If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
    (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
    (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
    (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
    (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.
    A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

    I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

Martinsburg, West Virginia
*City and State*

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 3/15/19

_____
*Judicial Officer's Signature*

Robert W. Trumble, United States Magistrate Judge
*Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

# UNITED STATES DISTRICT COURT
## Northern District of West Virginia

**United States of America**

v.

Benjamin Campbell

Case Number: 3:19CR16-1

### Attachment to Order Setting Conditions of Release:

1) The defendant shall have no direct or indirect contact, at any time, for any reason, with the victim(s), the victim's family, or affected parties in this matter unless provided with specific written authorization to do so in advance by the Court.

2) The defendant's residence and employment shall be approved by the U. S. Pretrial Services Office or supervising officer. Any proposed change in residence or employment must be provided to the U. S. Pretrial Services Office or supervising officer at least 10 days prior to the change and pre-approved before the change may take place.

3) The defendant shall not possess any materials depicting and/or describing "sexually explicit conduct" or "child pornography" as defined in 18 U.S.C. § 2256, nor shall he enter any location where such materials can be accessed, obtained or viewed, including pictures, photographs, books, writings, drawings, videos or video games.

4) The defendant shall submit his person, residence, office or vehicle to a search conducted by the U. S. Pretrial Services Office or supervising officer without a warrant. Failure to submit to such a search may be grounds for bond revocation. The defendant shall warn other residents or occupants that such premises or vehicles may be subject to searches pursuant to this condition. Such searches shall include computers, cameras and other types of electronic storage media.

5) The defendant shall consent to a third party disclosure to his employer in regards to his computer restriction.

6) The defendant shall participate in mental health counseling, as directed by the U. S. Pretrial Services Office or supervising officer, until such time the defendant is removed from the program.

7)     The defendant shall not reside in any residence where children under the age of 18 are residing without permission of the Court.

8)     The defendant shall not associate with children under the age of 18, except in the company of a responsible adult who is fully aware of the defendant's background, and who has been approved by the U. S. Pretrial Services Office or supervising officer.

9)     The defendant is prohibited from places where minor children may congregate, including schools, daycare centers, playgrounds, residences, parks, ball fields, and children's libraries.

10)     The defendant shall terminate any internet connection within his residence and remove all personal computers from his residence if directed to do so by the U. S. Pretrial Services Office or supervising officer.

11)     The defendant shall not use, purchase, possess, procure or otherwise obtain any computer or electronic device that can be linked to any computer networks, bulletin boards, internet, internet service providers or exchange formats involving computers unless approved by the U.S. Pretrial Services Office. Such computers, computer hardware or software is subject to warrantless searches and/or seizures by the U. S. Pretrial Services Office or supervising officer.

12)     If the U. S. Probation Office does approve the possession and/or use of any computer or electronic device, the defendant shall participate and abide by computer monitoring by the Probation Office and pay any costs associated with the program as directed by the Probation Officer.

_[signature]_          3/15/19
Defendant                                  Date

_[signature]_          3/15/19
The Honorable Robert W. Trumble     Date
United States Magistrate Judge