

# SANTA BARBARA LAW

## The Right Lawyer, The Right Results

518 West Stephen Street
Martinsburg, WV 25401

Licensed in W.Va., VA, and MD

*Telephone: (304) 264-0000*
*Fax: (304) 263-2527*
*msantabarbaralaw@gmail.com*

January 21, 2020

The Honorable Judge McLaughlin
Berkeley County Judicial Center
380 West South Street, Suite 4400
Martinsburg, WV 25401

**VIA: WV E-FILING SYSTEM**

The Hon. Chief Judge Gina M. Groh
U.S. District Court
217 W. King Street
Martinsburg, WV 25401

**VIA: NDWV E-FILING SYSTEM**

Re: *Scheduling Conflict for Monday, February 3rd, 2020*

Dear Honorable Judge McLaughlin and Chief Judge Groh:

Pursuant to Rule 5 of the Rules for Resolution of Court Scheduling Conflicts, I write to advise of a scheduling conflict regarding the following cases currently scheduled for *Monday, February 3rd, 2020*:

1. ***In Re: T.H.*** **(19-JA-22)** is scheduled for a hearing before the Honorable Judge McLaughlin beginning at **1:30 p.m.** in *Morgan County*.

2. ***USA v. Benjamin Campbell*** **(3:19-CR-16)** is scheduled for a sentencing hearing before Chief Judge Groh beginning at **2:00 p.m.** in *Berkeley County*.

I thank the court for its consideration in this regard and await a response as to its resolution of the same.

Respectfully,
/s/*Michael Santa Barbara*
Michael Santa Barbara

MSSB\lnd